### 13516.  WILKES *v.* THE STATE.

BLOODWORTH, J.  The record shows no special ground of the motion for a new trial; the evidence amply sustains the verdict, which has the approval of the judge who tried the case, and, as no error of law is pointed out, this court is powerless to interfere.

*Judgment affirmed.  Broyles, C. J., and Luke, J., concur.*

DECIDED JUNE 14, 1922.

Breaking railroad-car, etc.; from Toombs superior court —
Judge Hardeman. March 4, 1922.

*C. W. Sparks, W. E. Brown,* for plaintiff in error.